Joel E. Tasca
Nevada Bar No. 14124
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:   702.471.7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant
Department Stores National Bank,
erroneously sued as
"Macy's/Department Stores National
Bank"*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMITA J. WEST<br><br>   Plaintiff,<br><br>v.<br><br>MACY'S/DEPARTMENT STORES NATIONAL BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | CASE NO.  2:16-cv-02798-JAD-NJK<br><br>**JOINT MOTION AND ORDER TO EXTEND DEPARTMENT STORES NATIONAL BANK'S TIME TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

      Plaintiff Normita J. West ("Plaintiff) filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant Department Stores National Bank ("DSNB"), erroneously sued as "Macy's/Department Stores National Bank." (ECF No. 1). Plaintiff and DSNB previously stipulated to an extension of the time for DSNB to respond to Plaintiff's Complaint. (ECF Nos. 12, 13). Plaintiff and DSNB now stipulate and agree that the time for DSNB to respond to Plaintiff's Complaint be extended up to and including March 24, 2017 to

1 provide time for DSNB to investigate Plaintiff's allegations and for the parties to
2 discuss early resolution of the claims asserted against DSNB.
3     This request is made in good faith and is not made for purposes of delay.

5 Dated: March 3, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Department Stores National Bank, erroneously sued as "Macy's/Department Stores National Bank"* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>mkind@kazlg.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 6, 2017