Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Norma J. West*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Normita J. West,<br><br>      Plaintiff,<br>v.<br><br>Macy's/Department Stores National Bank; Equifax Information Services, LLC; Experian Information Solutions, Inc.,<br><br>      Defendants. | Case No.: 2:16-cv-02798-JAD-NJK<br><br>**Stipulation of Dismissal of Equifax Information Services, LLC**<br><br>ECF No. 23 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Norma J. West ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") stipulate to dismiss, with prejudice, Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of May 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SNELL & WILMER, LLP**

By: /s/ Bradley T. Austin
Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas NV 89169
*Attorneys for Defendant*
*Equifax Information Services, LLC*

## ORDER

Based on the stipulation of plaintiff and Equifax Information Services, LLC, [23] which I treat as a joint motion under LR 7-1(c), and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant Equifax Information Services, LLC are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
May 11, 2017