Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Normita J. West*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Normita J. West,<br><br>    Plaintiff,<br><br>v.<br><br>Macy's/Department Stores National Bank; Equifax Information Services, LLC; Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No.: 2:16-cv-02798-JAD-NJK<br><br>**Stipulation to Dismiss Macy's/Department Stores National Bank**<br><br>ECF No. 31 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Normita J. West ("Plaintiff") and Defendant Macy's/Department Stores National Bank ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 27th day of July 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Kyle A. Ewing
Joel E. Tasca, Esq.
Kyle A. Ewing, Esq.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106
*Attorneys for Defendant*
*Macy's/Department Stores National Bank*

### ORDER

Based on the parties' stipulation [ECF No. 31] and good cause appearing, and because the dismissal of the claims against Macy's ends this case, **IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
7-27-17